**CIV 22 290 HE**

3-31-2022

**FILED**

APR 04 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____, DEPUTY

Additional Attachment;
To: Whom It may Concern;
D.A. or Clerk of Court
Mrs. CARMELITA REEDER SHINN.

Considered as Hate Crime under "Color Law" for pain him suffered, Capital punishment "Death Sentence" for assault 3/11/2022, on tort claim against government entity Beckham County, Oklahoma Sheriff's office & Detention Center 108 S 3rd street Sayre, OK 73662

for personal injury & security failure, Request; video sent to United Clerk Federal Court, Oklahoma City, OK for evidence; of being in the day room minding my business when I heard a cell door popped open to release 3 prisoners has escaped from their cell and start attacking me from different sides, for what reason I do not know. The only reason color of my skin I can come up with Considered jeopardize/Life freedom after assaulted Correctional officers violated Title 42 U.S.C 1441 pattern and practice holden accountable and accessories to crime tried placing me back on same pod to further commit acts of sedition destruction excites riot; from their security failure; that caused my personal injury.

with former oppressions members that assaulted me, Then placed on P.C. without proper Medical treatment, and title 18 U.S.C 242 deprived of rights and deprivation shown towards after I was assaulted to later find out I placed on Pod full of [UABs] and which individuals was Apart gang of even workers negligence.

*[signature]*