IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARKEITH TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-22-0290-HE |
| ) | |
| BECKHAM COUNTY SHERRIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed a complaint alleging violations of his constitutional rights and an application to proceed *in forma pauperis*.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings.  Judge Green ordered plaintiff to cure deficiencies in his IFP application.  Plaintiff again filed an incomplete IFP application and Judge Green issued a second order to cure deficiencies.  Plaintiff's third IFP application suffers the same defects as the first two.  Judge Green has now issued a Report and Recommendation recommending that plaintiff's complaint be dismissed without prejudice for failure to comply with the court's orders.

The Report advised plaintiff of his right to object to the Report by June 9, 2022.  Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #13].  Plaintiff's applications to proceed IFP [Doc. Nos. 2, 9, and 12] are **DENIED**.  Plaintiff's

Motion for Expedited Hearing [Doc. #14] is **STRICKEN** as moot. This case is **DISMISSED** without prejudice for failure to follow the court's orders.

**IT IS SO ORDERED**.

Dated this 23rd day of June, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE